# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12528

_____

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION.

_____

9:20-md-02924-RLR
JUDY BROOKS,
ROBERT BAKER,
MICHAEL CARROLL,
SANDRA PAYNE,
GREGORY VAVRA, et al.,

                              Plaintiffs,

JUDITH COHEN,

                              Interested Party-Appellant,

*versus*

GLENMARK PHARMACEUTICALS, INC. USA
MARLENEGOLDENBERG,

2     Order of the Court     22-12528

APOTEX CORP.,
MICHAEL MCCANDLESS,
BRAD ALDRIDGE, et al.,

   Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-md-02924-RLR

_____

Before JORDAN, NEWSOM, and BRASHER, Circuit Judges.

BY THE COURT:

   Judith Cohen's motion to reconsider our July 25, 2023 order dismissing this appeal for lack of jurisdiction is DENIED.